WILLIAM CAHILL, Respondent, *v.* ABRAHAM KLEINBERG, Appellant.

*Negligence — defective stairway — action to recover for loss of services of wife occasioned by injuries alleged to have been received by her through defect in stairway.*

Cahill v. Kleinberg, 194 App. Div. 962, reversed.

(Argued March 15, 1922; decided April 18, 1922.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1920, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for loss of services of plaintiff's wife on account of personal injuries alleged to have been sustained by her through the negligence of defendant. The complaint alleged that while the plaintiff's wife was descending stairs in the house where she resided, which was owned by defendant, one of the steps broke and she was thrown to the foot of the stairs receiving severe injuries.

*E. C. Sherwood* and *Benjamin C. Loder* for appellant. *Joseph Levy* for respondent.

Judgment reversed, new trial granted, costs to abide event, on authority of *Cahill* v. *Kleinberg* (233 N. Y. 255).

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.